7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Michael Lee Nix, II and Angela Denise Nix
*Debtor*

*Bankruptcy Case No.*
14–41688–can7

**David C Stover**
    Plaintiff(s)

*Adversary Case No.*
15–04030–can

v.

**Michael Lee Nix (Senior)**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That transfer by Debtors of $30,000.00 to Defendant shall be avoided under 11 U.S.C. § 548 and Sections 428.005 to 438.059, RSMO, Uniform fraudulent Transfer Act, and that a default judgment shall be entered against the Defendant Michael Lee Nix (Senior) in the amount of $30,000.00 plus the costs of this action



Ann Thompson
Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk

Date of issuance: 5/18/15

Court to serve